AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern              DISTRICT OF              New York

**APPEARANCE**

PITCOCK V. KASOWITZ ET. AL.

Case Number: 08-cv-5166

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jeremy Pitcock

I certify that I am admitted to practice in this court.

6/26/08
Date

*(signature)*
Signature

Craig Stuart Lanza (clanza@balestriere.net)         CL-2452
Print Name                                          Bar Number

225 Broadway, Suite 2900
Address

New York, NY 10007
City              State              Zip Code

(212) 374-5404                       (212) 208-2613
Phone Number                         Fax Number