UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X     Index No.     08 CIV 5166

JEREMY S. PITCOCK,

|  |  |
|---|---|
| **Plaintiff(s)** | |
| Against | **Affidavit of Service of** |
| | **Summons and Complaint** |

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP., ERIC WALLACH, ET AL,

**Defendant(s)**

---------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK

That on June 12, 2008 at 01:00 PM at the address

   1633 BROADWAY
   NEW YORK, NY 10019

deponent served the within Summons and Complaint

UPON:   **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

By personally delivering a true copy of the Summons and Complaint to FRANCISCO VELEZ, managing agent thereof.


Deponent describes the person actually served as follows:
SEX:     MALE
SKIN:    White
HAIR:    Black
AGE:     21-35
HEIGHT:  5'9"-6'0"
WEIGHT:  161-200
OTHER FEATURES:  Glasses


I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                   RAMON TORRES
                                                   LICENSE NO.: 1097961

Sworn to before me this    23rd day of June, 2008

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN  BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010