UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X   Index No.   08 CIV 5166

JEREMY S. PITCOCK,

                        Plaintiff(s)

     Against                                                                           Affidavit of Service of

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP., ERIC WALLACH, ET    Summons and Complaint
AL,

                       Defendant(s)
-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK

That on June 12, 2008 at 01:00 PM at the address
        KASOWITZ,BENSON,TORRES & FRIEDMAN
        1633 BROADWAY
        NEW YORK, NY 10019

deponent served the within Summons and Complaint

UPON:  ERIC WALLACH

By personally delivering a true copy of the Summons and Complaint to FRANCISCO VELEZ, a person of suitable age and discretion. Said premises is Defendant's actual place of business.
On 6/25/2008, deponent enclosed a copy of the Summons and Complaint in a postpaid envelope properly addressed to the last known address of said served at:
KASOWITZ,BENSON,TORRES & FRIEDMAN
1633 BROADWAY
NEW YORK, NY 10019
and said first class postpaid envelope, which bore the words 'Personal and Confidential' and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant, was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
Deponent describes the person actually served as follows:
SEX:      MALE
SKIN:     White
HAIR:     Black
AGE:      21-35
HEIGHT:  5'9"-6'0"
WEIGHT:  161-200
OTHER FEATURES:  Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                       RAMON TORRES

Sworn to before me this    25th day of June 2008               LICENSE NO.: 1097961

                                   ANA E. SANCHEZ
                            Notary Public, State of New York
                              No. 01SA5067260
                           Qualified in Bronx County
                       Commission Expires Oct. 15, 2010

