UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X  Index No.    08 CIV 5166

JEREMY S. PITCOCK,

                       Plaintiff(s)

      Against                                                   Affidavit of Service of
                                                                              Summons and Complaint

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP., ERIC WALLACH, ET AL,

                      Defendant(s)

---------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK

That on June 13, 2008 at 03:57 PM at the address

        655 THIRD AVENUE, 22ND FLOOR
        NEW YORK, NY 10017

deponent served the within Summons and Complaint

UPON:  **SITRICK AND COMPANY**

By personally delivering a true copy of the Summons and Complaint to DAVID KABRIN, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:      MALE
SKIN:     White
HAIR:     Black
AGE:      21-35
HEIGHT:   SITTING
WEIGHT:   131-160

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

RAMON TORRES
LICENSE NO.: 1097961

Sworn to before me this 20th day of June, 2008

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010