UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY S. PITCOCK,      :      **No. 08 Civ. 5166 (JES)**

         **Plaintiff,**    :

     - against -      :      **NOTICE OF APPEARANCE**

KASOWITZ, BENSON, TORRES &    :
FRIEDMAN, LLP, ERIC WALLACH, and    :
SITRICK AND COMPANY,    :

         **Defendants.**   :

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Sitrick and Company. I

certify that I am admitted to practice in this Court.

Dated: New York, New York        Respectfully submitted,
       July 3, 2008

                    LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                    By: _____
                      David A. Schulz (DS-3180)

                    321 West 44th Street, Suite 510
                    New York, NY 10036
                    Telephone: (212) 850-6100
                    Facsimile: (212) 850-6299
                    *dschulz@lskslaw.com*

                    *Counsel for defendant Sitrick and Company*