John Balestriere (JB-3247)
Craig Stuart Lanza (CL-2452)
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
jbalestriere@balestriere.net
*Attorneys for Plaintiff*

## BEFORE THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY S. PITCOCK, <br><br> Plaintiff, <br><br> - against - <br><br> KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP, ERIC WALLACH, and SITRICK AND COMPANY, <br><br> Defendants. | Case No.  08 Civ. 5166 <br><br> **NOTICE OF DISMISSAL** |

Plaintiff Jeremy S. Pitcock, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to defendants Kasowitz, Benson, Torres & Friedman, LLP ("Kasowitz"), Eric Wallach ("Wallach"), and Strick and Company ("Sitrick")  without prejudice.

Pitcock no longer wishes to bring his complaint in this Court due to absence of subject matter jurisdiction.   The action was brought under 28 U.S.C. §1332(a) upon information and belief that the dispute was between citizens of different states.   However, on July 1, 2008 in a letter to the Court counsel for the Kasowitz Firm informed counsel for Pitcock

that, although their website lists no partners in its Newark Office, the Kasowitz Firm does have at least one partner who is from New Jersey, thus defeating diversity.

Defendants have not submitted an Answer or a Motion to Dismiss.

   s/Craig Stuart Lanza

_____

John Balestriere (JB-3247)
Craig Stuart Lanza (CL-2452)
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
jbalestriere@balestriere.net
*Attorneys for Plaintiff*